■ In the Matter of JOHN EATON et al., Respondents, v CHRISTOPHER P. BOSSE, Appellant. [957 NYS2d 261]

Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.